IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT PAUL KNOWLES,

    Plaintiff,

v.                                                                           CASE NO. 5:10-cv-00166-RH-GRJ

GREGORY DAVIS, et al,

    Defendants.

_____/

**O R D E R**

Plaintiff has filed a second Motion for Leave to Proceed in Forma Pauperis (Doc. 8), but has not provided a Prisoner Consent Form, signed by him, acknowledging his responsibilities for payment of court costs, and signed by a prison official certifying the accuracy of the attached inmate bank accounting. The Court notes that Plaintiff has provided a new address. If Plaintiff is no longer incarcerated, he should complete a new motion for leave to proceed and provide information relevant to his ability to pay court costs as a person no longer incarcerated. If this is Plaintiff's current situation, then no Prisoner Consent Form or inmate account information is necessary.

Accordingly, it is **ORDERED:**

1. Review of Plaintiff's complaint will be deferred until the issue of the filing fee is resolved.

2. The clerk shall forward to Plaintiff an application for leave to proceed *in forma pauperis* with financial affidavit for non-prisoners and a Prisoner Consent Form.

3. Plaintiff shall have until **December 3, 2010**, to either: (1) file the motion for leave to proceed as a non-prisoner, if he is no longer incarcerated; or (2) pay the full

$350.00 filing fee, or (3) submit the Prisoner Consent Form completed and signed by an Authorized Prison Official.

    4.  Failure to respond to this order as instructed may result in the dismissal of this action for failure to prosecute and failure to comply with an order of this court.

    **DONE AND ORDERED** this 18th day of November 2010.


*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge