IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT PAUL KNOWLES,

    Plaintiff,

v.                                                      CASE NO. 5:10-cv-00166-RH-GRJ

GREGORY DAVIS, et al,

    Defendants.

_____/

## O R D E R

    Presently pending before the Court is Plaintiff's Third Amended Motion for Leave to Proceed in Forma Pauperis with financial affidavit. (Doc. 10). In his affidavit Plaintiff does not list a residential address but only a mailing address. Further, Plaintiff does not disclose in his affidavit any income, obligation for payment of rent, expenses, or any source of funds from any third party. The Court is, therefore, unable to determine the amount of monthly expenses Plaintiff incurs for the necessities of life, such as food and shelter. The burden is upon the Plaintiff to demonstrate that he is unable to pay the filing fee. Because Plaintiff's affidavit fails to explain adequately Plaintiff's financial situation, including disclosing his current living arrangements, the Court is unable to grant the motion to proceed *in forma pauperis* until Plaintiff provides additional information or an adequate explanation of Plaintiff's current financial situation.

    Accordingly, it is **ORDERED:**

    1. The Clerk shall mail to Plaintiff a blank financial affidavit which he shall complete in full and return on or before **December 20, 2010.**

    2. Failure to provide complete information or to return the financial affidavit

within the time provided will result in a recommendation that this cause be dismissed.

3. No further action will be taken in this case and the Court will reserve its ruling on the pending motion for leave to proceed (Doc. 8) until the financial affidavit is returned.

**DONE AND ORDERED** this 6th day of December 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge