IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT PAUL KNOWLES,

    Plaintiff,

v.                                  CASE NO. 5:10-cv-00166-RH-GRJ

BARD, et al,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

In the Court's Order dated December 6, 2010, Plaintiff was directed to file on before December 20, 2010 a completed financial affidavit to support his motion for leave to proceed *in forma pauperis*. (Doc. 11.) Plaintiff was warned that failure to comply with this order within the time allotted would result in a recommendation to the district judge that this cause be dismissed. Id. As of this date, Plaintiff has not filed the completed affidavit nor otherwise communicated with the Court.

Accordingly, it is **ORDERED:**

1. Plaintiff shall show cause in writing on or before **January 11, 2011** why this cause should not be dismissed for failure to prosecute.

2. Failure to comply with this order will result in a recommendation to the district judge that this case be dismissed.

**DONE AND ORDERED** this 28th day of December, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge