IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT PAUL KNOWLES,

    Plaintiff,

v.                                             CASE NO. 5:10-cv-166-RH-GRJ

BARD, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On December 28, 2010, the Court issued an order directing Plaintiff to show cause on or before January 11, 2011, as to why this case should not be dismissed for failure to prosecute because Plaintiff failed to file a completed financial affidavit in support of his motion for leave to proceed as a pauper.  The Court warned Plaintiff that failure to comply would result in a recommendation that the case be dismissed.  Doc. 12.  The order was mailed to Plaintiff at his last address of record, but was returned to the Court as undeliverable.  Plaintiff has failed to file a change of address with the Court.  Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 3rd day of June 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.